# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Kevin Ussatis and Julie Ussatis, | ) |
| Plaintiffs, | ) |
| vs. | ) **ORDER** |
| Marilyn Theresa Bail, d/b/a M.R. Enterprises, LLC., | ) Case No. 1:18-cv-62 |
| Defendant. | ) |

Before the court is a "Stipulation to Serve and File Amended Answer" filed by the parties on March 15, 2019. The parties agree to allow Defendant to amend its answer to plaintiffs' Amended Complaint. The court **ADOPTS** the stipulation (Doc. No. 21). The Defendant shall file its Amended Answer by March 22, 2019.

**IT IS SO ORDERED.**

Dated this 18th day of March, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court